THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL PELUSO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 23, 1922; decided November 21, 1922.)

APPEAL from a judgment of the Queens County Court, rendered April 1, 1921, at a Trial Term for the county of Queens, upon a judgment convicting the defendant of the crime of murder in the first degree.

*Peter P. Smith, Stanley C. Fowler, Joseph G. Finklestein* and *Richard J. Barry* for appellant.

*Dana Wallace,* District Attorney (*Joseph Lonardo* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.